◈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Western_____ District of _____Texas_____

LIFE PARTNERS HOLDINGS, INC. AND BRIAN PARDO

V.

PHILLIP KANE

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **W09CA085**

TO: (Name and address of Defendant)

PHILLIP KANE
333 River Street
Hoboken, New Jersey. 07030-5856

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

VANCE DUNNAM
4125 West Waco Drive
Waco, Texas. 76714

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____William G. Putnicki_____        APR 0 8 2009
CLERK                                     DATE

_Suzanne Miles_
(By) DEPUTY CLERK